**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

Alexander Max Haupt,                          Chapter 7

          Debtor                                    Case No.26-11628

## <u>PRAECIPE TO AMEND ADDRESS</u>

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| <u>Old Address</u>: | <u>New Address:</u> |
|---|---|
| 2016 Darby Road<br>Havertown, PA 19083 | 1001 City Avenue Apt. 109W<br>Wynnewood, PA19096 |

Date:  May 29, 2026                    CIBIK LAW, P.C.
                                       Attorney for Debtor

                                     By: <u>/s/ Michael A. Cibik</u>
                                         Michael A. Cibik, Esquire
                                         Attorney I.D. 23110
                                         1500 Walnut Street, Suite 900
                                         Philadelphia, PA 19102
                                         P: 215-735-1060/F: 215-735-6769
                                         E:  cibik@cibiklaw.com